AO 247 (Rev. 08/14) ALSD  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Southern District of Alabama

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| THIPAKHAN VANNAVYLAYTHONG | ) | Case No: 04-00258-001 |
| | ) | USM No: 08895-003 |
| Date of Original Judgment: 05-08-2007 | ) | |
| Date of Previous Amended Judgment: 04-24-2012 | ) | Pro Se |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 109 months **is reduced to** 88 months.

*(Complete Parts I and II of Page 2 when motion is granted)*

**ADDITIONAL COMMENTS**

This sentence applies only to Counts 1, 2 and 4. The 60-months concurrent sentence on Count 3 and the 60 month consecutive sentence on Count Five are not subject to reduction pursuant to Amendment 782.

Except as otherwise provided, all provisions of the judgment dated 05-08-2007 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 05-01-2015

Callie V.S. Granade
U.S. District Judge

Digitally signed by Callie V.S. Granade U.S. District Judge
DN: cn=Callie V.S. Granade U.S. District Judge, o=U.S. Government, ou=Federal Judiciary, email=efile_granade@alsd.uscourts.gov, c=US
Date: 2015.05.01 09:05:54 -06'00'

*Judge's signature*

Effective Date: 11-01-2015
*(if different from order date)*

United States District Judge
*Printed name and title*